UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                   CASE NO. 04 B 27388
   YVETTE D MANUMARI
                                         CHAPTER 13

                                         JUDGE: A. BENJAMIN GOLDGAR
        Debtor
   SSN XXX-XX-0317
```

---
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 07/23/04 and confirmed on 09/17/04.

   2. The plan is paid in full.

   3. The Debtor paid a total of $ 22150.52 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MONTEREY FINANCIAL SVCS | SECURED | 225.00 | 10.26 | 225.00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 8675.00 | 459.23 | 8675.00 |
| TSYS DEBT MANAGEMENT | UNSECURED | 806.60 | .00 | 806.60 |
| CAPITAL ONE FINANCIAL | UNSECURED | 392.55 | .00 | 392.55 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 810.60 | .00 | 810.60 |
| ILL DEPT OF EMPLOYMENT S | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT TRANSPORTA | UNSECURED | NOT FILED | .00 | .00 |
| RETAILERS NATIONAL BANK | UNSECURED | 563.29 | .00 | 563.29 |
| NORDSTROM FSB | UNSECURED | 489.37 | .00 | 489.37 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 4047.19 | .00 | 4047.19 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 1122.77 | .00 | 1122.77 |
| VISTA MEDICAL CENTER WES | UNSECURED | NOT FILED | .00 | .00 |
| MONTEREY FINANCIAL SVCS | UNSECURED | 662.68 | .00 | 662.68 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 257.35 | .00 | 257.35 |

        Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8900.00 | .00 | 9152.40 | .00 | 18052.40 |
| PRINCIPAL PAID | 8900.00 | .00 | 9152.40 | .00 | 18052.40 |
| INTEREST PAID | 469.49 | .00 | .00 | .00 | 469.49 |
| TOTAL PAID | 9369.49 | .00 | 9152.40 | .00 | 18521.89 |

The Debtor's attorney, PETER FRANCIS GERACI           , was allowed $   2700.00 and was paid $   2700.00 .

The Trustee received $   922.18 .

Refunds to the Debtor totaled $     6.45 .

   Wherefore, the Trustee requests an order be entered discharging

the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/07/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE